UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE ) | CHAPTER: 13 |
| STEFAN DAVIS ) | |
| ) | CASE NO.: 03-40199-HJB |
| DEBTOR ) | |

05-30028-MAP

### NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge:

12/13/2004 [190] Memorandum of Decision Dated 12/13/04 Regarding [187] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Lafayette. A SEPARATE ORDER SHALL ISSUE.

12/13/2004 [191] Order dated 12/13/04 Denying [187] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**         Francis Lafayette
Debtor:                Stefan Davis
Attorney:              Francis Lafayette
Address:               Post Office Box 1020
                       Palmer, MA 01069
                       BBO# 282960
Telephone:             (413) 283-7785

**Appellee:**          Denise M. Pappalardo
                       Chapter 13 Trustee
Address:               PO Box 16607
                       Worcester, MA 01601
Telephone:             (508) 791-3300

**Appellee:**          United States Trustee
Address:               446 MAIN ST., 14TH FLOOR
                       WORCESTER, MA 01608
Telephone:             (508) 793-0553

193
12/22/04

Respectfully submitted,

*[signature]*

Francis Lafayette, J.D.
1024 Park Street
PO Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE )<br>)<br>STEFAN DAVIS )<br>)<br>       DEBTOR )<br>) | CHAPTER: 13<br><br>CASE NO.: 03-40199-HJB |

### CERTIFICATE OF SERVICE

I, Francis Lafayette, J.D., have served a copy of the following NOTICE OF APPEAL on the following parties:

Richard King
Assistant US Trustee
United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Denise M. Pappalardo
CHAPTER 13 TRUSTEE
PO Box 16607
Worcester, MA 01601

Stefan Davis
1328 Page Blvd
Springfield, MA 01104

*Francis Lafayette, J.D.*
Francis Lafayette, J.D.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE )<br>)<br>STEFAN DAVIS )<br>)<br>       DEBTOR )<br>) | CHAPTER: 13<br><br>CASE NO.: 03-40199-HJB |

**ELECTION TO PROCEED TO DISTRICT COURT**

The Debtor, pursuant to 28 U.S.C. § 158(c)(A) files this separate statement of election to have the appeal heard by the District Court at the time of the filing of the appeal.

*Francis Lafayette, J.D.*
Francis Lafayette, J.D.
1024 Park Street
PO Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE )<br>)<br>STEFAN DAVIS )<br>)<br>      DEBTOR )<br>) | CHAPTER: 13<br><br>CASE NO.: 03-40199-HJB |

CERTIFICATE OF SERVICE

I, Francis Lafayette, J.D. have served a copy of the Debtor's Election To Proceed To District Court on the following parties:

Richard King
Assistant US Trustee
United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Denise M. Pappalardo
CHAPTER 13 TRUSTEE
PO Box 16607
Worcester, MA 01601

Stefan Davis
1328 Page Blvd.
Springfield, MA 01104

_____
Francis Lafayette, J.D.