**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**BANKRUPTCY APPEAL**

IN RE: <u>Stefan Davis</u>

**CA 05-30028-MAP**


<u>**O R D E R**</u>


**PONSOR, D.J.**


A Notice of Appeal of a decision of the Bankruptcy Court and the Record

on Appeal having been filed in the above-entitled  action on ___1/26/2005___,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or

before ___FEBRUARY 16, 2005_____ and the Appellee's brief shall

be filed on or before _MARCH 9, 2005_____. The Appellant may file

and serve a reply brief on or before _____MARCH   15, 2005_____

__.

Failure of the Appellant to file a brief on the date set forth above will result

in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a

brief may result in a decision by the Court without further opportunity for

presentation of arguments by the Appellee.


|  |  |
|---|---|
| | By the Court, |
| 1/26/2004 | /S/ Maurice G. Lindsay |
| _____ | _____ |
| **Date** | **Deputy Clerk** |

**(BKAppealBriefSched.wpd - 12/98)**
**[bro.]**