UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**STEFAN DAVIS**<br><br>           Debtor<br><br>**STEFAN DAVIS**<br><br>           Appellant<br><br>v.<br><br>**PHOEBE MORSE,**<br>**UNITES STATES TRUSTEE and**<br>**DENISE PAPPALARDO,**<br>**STANDING CHAPTER 13 TRUSTEE**<br><br>           Appellees | Case No. #:05-cv-30028-MAP<br><br><br><br>Bankruptcy No. 03-40199-HJB |

### UNITED STATES TRUSTEE'S MOTION TO
### EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF

Pursuant to 28 U.S.C. §158(a), Fed. R. Bankr. P. 8009 and Local Rules 203(B), the United States Trustee moves the Court to extend the deadline for filing her brief in this appeal for thirty (30) days, until Friday, April 8, 2005 or such other time as this Court may deem appropriate. As grounds therefor, on or about February 18, 2005, the Standing Chapter 13 Trustee, the other named Appellee in this appeal and others like it, filed an Assented To Motion To Consolidate this appeal with the following similar appeals:

*In re Hector Rolon*, Bank. Appeal No. 05-30023-MAP;

*In re Mark Bennett and Angela Bennett*, Bank Appeal No. 05-30025-MAP;

*In re Kathleen Daigneault*, Bank Appeal No. 05-30026-MAP;

*In re Marta Oyola*, Bank. Appeal No. 03-30027-MAP;

*In re Peter Caci and Denise Caci*, Bank. Appeal No. 05-30024-MAP;

*In re Joseph LaFrance*, Bank Appeal No. 05-30021-MAP.

In the interest of judicial economy, the United States Trustee requests that the briefing order be amended pending a determination on the Chapter 13 Trustee's Assented To Motion To Consolidate.

No party in interest will be harmed by the requested extension.

WHEREFORE, the United States Trustee prays that the Court enter an order extending the deadline for filing her brief for thirty (30) days or such other time as this Court deems appropriate.

                                             **Respectfully submitted,**

                                             **PHOEBE MORSE**
                                             **United States Trustee, Region 1**

                                             **By:** _/s/ Stephen E. Meunier by RTK_
                                             **Stephen E. Meunier, Esq. BBO# 546928**
                                             **Trial Attorney**
                                             **U.S. Department of Justice**
                                             **Office of the U.S. Trustee**
                                             **446 Main Street, 14th Floor**
                                             **Worcester, MA 01608**
                                             **Tel: (508) 793-0555**
                                             **Fax: (508) 793-0558**
                                             **Email: Stephen.Meunier@usdoj.gov**

**Dated: March 9, 2005**

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, a true and correct copy of the UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF was served by first class mail, postage pre-paid and/or by email upon:

Francis J. Lafayette, Esq.
1024 Park Street
PO Box 1020
Palmer, MA 01069

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
PO Box 16607
Worcester, MA 01601

Dated: March 9, 2005

_/s/ Sophia L. Patenaude_
Sophia L. Patenaude